Jackie Lewis ROBINSON,
Petitioner–Appellant,

v.

WARDEN, BUCKINGHAM COR-
RECTIONAL CENTER, Re-
spondent–Appellee.

No. 00–7780.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Jackie Lewis Robinson, pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Jackie Lewis Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge after a de novo review and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Robinson v. Warden,* No. CA–00–498 (W.D.Va. Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*